



3

