1

# INVOICE
## Tyree Service Corp.
208 Route 109 * Farmingdale, New York 11735

PHONE: 631-249-315
FAX: 631-249-328
PAGE

■ ENVIRONMENTAL
■ CONSTRUCTION

**SERVICING THE PETROLEUM INDUSTRY SINCE 1930**

■ MAINTENANCE
■ COMPLIANCE

**SOLD TO**
GETTY PETROLEUM MKTG INC. 12
ATTN: LOUIS OCHOTORENA
3023 GREENPOINT AVENUE
LONG ISLAND CTY, NY 11101

No: 11640
Date: 11/10/09
WORKSITE ADDRESS
GETTY #379
55 ROUTE 9W SOUTH
WEST HAVERSTRAW, NY 10993

COPY

CO/DPT/LEAD SLIP/CUST: 30  31-313  31245  00012

| Description | Amount |
|---|---|

**CUST PO# 09-1528   LEAD SLIP# 31245   WO#**

9-21-09 - KENCO DESIGNS, INC., ARRIVED ONSITE. KENCO CUT TREE THAT WERE HANGING OVER NEIGHBORING PROPERTY.

| Item | Description | Quantity | U/M | Unit Rate | Amount |
|---|---|---|---|---|---|
| **Miscellaneous** | | | | | |
| | cut trees | 1.00 | EACH | 5,635.00 | 5,635.00 |
| | | | | **Miscellaneous Subtotal** | 5,635.00 |

Payable in U.S. funds at PAR to:
TYREE HOLDINGS CORP.

Remit payment to:
TYREE HOLDINGS CORP.
DEPT CH 19179
PALATINE, IL 60055-9179

| | |
|---|---|
| Subtotal: | 5,635.00 |
| Tax:  8.375% | 471.93 |
| Total Due: | 6,106.93 |

TERMS NET 30 DAYS

*WO# 09-1528*

KENCO DESIGNS, INC.

1524 BROAD STREET
BELLMORE, NY 11710



# Invoice

| Date | Invoice # |
|---|---|
| 9/21/2009 | 2808 |

| Bill To |
|---|
| Tyree Organization<br>208 Rt 109<br>Farmingdale, N. Y. 11735<br>styree@tyreeorg.com |

| Ship To |
|---|
| Getty#379<br>55 Route 9WSouth<br>W.Haverstraw |

| | Terms |
|---|---|
| | |

*PO# 553620*

| Item Code | Description | Price Each | Amount |
|---|---|---|---|
| Extra | Cut trees hanging over neighbor property | 4,900.00 | 4,900.00 |
| | Sales Tax | 8.625% | 0.00 |

TYREE COMPANY# *312* DEPT# *2*
VENDOR#_____ GL#_____
JOB# *31245* COST CODE#_____
APPR *ED* DATE *10/8/09*

| | Total | $4,900.00 |
|---|---|---|
| | **Payments/Credits** | $0.00 |
| | **Balance Due** | $4,900.00 |

*0 Markup  5635.00*
*Plus Tax*