USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/15/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

AMGUARD INSURANCE COMPANY,

                    Plaintiff,

-v-

GETTY REALTY CORP., GETTY PROPERTIES CORP., LEEMILT'S PETROLEUM, INC., ORANGE AND ROCKLAND UTILITIES, INC., 9W AUTO CENTER, INC. d/b/a GETTY LOC #379, and ARCHERY PAINT & PLASTER, INC.,

                    Defendants.

------------------------------------------------------------X

GETTY REALTY CORP., GETTY PROPERTIES CORP., AND LEEMILT'S PETROLEUM, INC.,

                    Third-party Plaintiffs,

-v-

LEWIS TREE SERVICE, INC.,

                    Third-party Defendant.

------------------------------------------------------------X

14 Civ. 9448 (PAE)

<u>OPINION & ORDER</u>

PAUL A. ENGELMAYER, District Judge:

    Fact discovery in this case is set to end today. This morning, the parties requested a *three-month* extension of the deadlines for fact discovery, expert discovery, and submission of the final pretrial order. Dkt. 193. This is the parties' third request for an extension.

    This last-minute request is denied as excessive and unjustified. However, the Court will grant a final one-month extension of each deadline. The new deadlines are as follows:

- Fact discovery is to be completed by January 15, 2016.
- Expert discovery is to be completed by March 1, 2016.
- The final pretrial order shall be submitted to the Court by March 9, 2016.

The parties should expect no further extensions. In light of these extensions, the case management conference, previously scheduled for January 12, 2016, is adjourned to Tuesday, February 16, 2016, at 5:00 p.m. Because the Court has a busy trial schedule in February, this conference date and time cannot be moved. Lead counsel for each party is directed to attend.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: December 15, 2015
       New York, New York